**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

JORGE RIVERA VEGA,

*Petitioner*,

v.

MERRICK B. GARLAND, Attorney General,

*Respondent*.

No. 19-71750

Agency No.
A022-870-507

ORDER

Filed August 31, 2023

Before: Sandra S. Ikuta, Kenneth K. Lee, and Danielle J. Forrest, Circuit Judges.

## ORDER

The parties' joint motion to vacate the judgment and opinion in this case, Dkt. 100, is granted. The opinion issued on July 8, 2022, and appearing at 39 F.4th 1146 (9th Cir. 2022), is vacated.

The petition for panel rehearing and rehearing en banc, Dkt. 73, is denied as moot.